# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARMEN BOYADZHYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-07430-SVW-PJW<br><br>Hon. Stephen V. Wilson **JS-6**<br><br>**[State Court Case No. BC674538, filed 08/31/2017]**<br><br>**ORDER FOR STIPULATING CAPPING PLAINTIFF'S DAMAGES/ RECOVERY AT $75,000; AND STIPULATION TO REMAND ACTION BACK TO STATE COURT** |

Having reviewed the above stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the "Notice of Removal of Civil Action" be withheld and that this cause be remanded to the Superior Court of the State of California, County of Los Angeles. The Court further orders that the court file in this case by transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand. The state court may thereupon proceed with this case.

///

///

1

| | |
|---|---|
| 1 | The status conference set for November 20, 2017 at 3:00 p.m. is |
| 2 | vacated and off-calendar. |
| 3 | SO ORDERED. |
| 4 | |
| 5 | |
| 6 | Dated: November 20, 2017 |
| 7 | The Honorable Stephen V. Wilson<br>United States District Court |

ORDER FOR STIPULATING CAPPING PLAINTIFF'S DAMAGES/ RECOVERY AT $75,000; AND STIPULATION TO REMAND ACTION BACK TO STATE COURT